UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**
ex rel. **ARIEL BOWEN,**

    **Plaintiff**,

v.                                        Case No. 5:21cv236-TKW-MJF

**ABSOLUTE PHYSICAL &**
**ACQUATIC THERAPY, LLC,** et al.,

    **Defendants**.
_____/

## ORDER OF DISMISSAL

Based on the parties' joint stipulation of dismissal (Doc. 47), it is **ORDERED** that this case is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 22nd day of January, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**